**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2013

BY ECF

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York  10007

      Re:   United States v. Moshe Oratz,
             S1 13 Cr. 268 (JMF)

Dear Judge Furman:

      Defendant Moshe Oratz is scheduled to plead guilty to Count One of the above-referenced Superseding Information on December 3, 2013 at 4:15 p.m.  Count One charges the defendant with the transmission of wagering information in interstate commerce, in violation of Title 18, United States Code, Section 1084.  The elements of that offense are as follows:

1. The defendant was engaged in the business of betting and wagering;

2. The defendant, as part of this business, used or caused to be used a wire communication facility to transmit in interstate or foreign commerce bets or wagers or information which assisted in the placing of bets or wagers on any sporting event or contest;

3. The transmission was made between specified states or interstate sites; and

4. The defendant acted knowingly.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

By: _____/s/_____
       Kristy J. Greenberg
       Harris M. Fischman
       Joshua A. Naftalis
       Assistant United States Attorneys
       (212) 637-2469 / 2305 / 2310

cc: Jeffrey Ifrah, Esq.