

IfrahLaw
Hands-on Counsel, Gloves-off Litigation
ifrahlaw.com

(202) 524-4140
1717 Pennsylvania Ave. N.W., Suite 650, Washington, D.C. 20006

December 11, 2013

Honorable Jesse M. Furman
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

<div style="text-align:center">Re: United States v. Moshe Oratz<br>1-13:CR-00268-JMF</div>

Dear Judge Furman:

    We represent Moshe Oratz in the above-captioned case. This letter is to respectfully request that his bail conditions be expanded to include travel to Florida for a business conference leaving the afternoon of December 18 and returning the night of December 19. Neither the government, by Assistant U.S. Attorney Harris Fischman, nor Pre-Trial Services, Officer Christina Feo, object to this request.

    Thank you for Your Honor's consideration of this request.

<div style="padding-left:50%">Sincerely,

*David Deitch*
David Deitch</div>

cc:   AUSA Harris Fischman
       PTSO Christina Feo