```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
    - v. -                          :
                                    :
MOSHE ORATZ,                        :
                                    :
                    Defendant.      :
                                    :
- - - - - - - - - - - - - - - - - -x
```

**SUPERSEDING INFORMATION**

S2 13 Cr. 268 (JMF)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: 12/3/13]

COUNT ONE

(Transmission of Sports Wagering Information)

The United States Attorney charges:

1. From at least in or about 2008, up to and including in or about April 2013, in the Southern District of New York and elsewhere, MOSHE ORATZ, the defendant, being engaged in the business of betting and wagering, knowingly and willfully did use a wire communication facility for the transmission in interstate and foreign commerce of bets and wagers and information assisting in the placing of bets and wagers on a sporting event and contest, and for the transmission of a wire communication which entitled the recipient to receive money and credit as a result of bets and wagers, and for information assisting in the placing of bets and wagers, and aided and abetted the same, to wit, ORATZ transmitted wagering

- 1 -

information concerning sporting events via emails sent across state lines.

(Title 18, United States Code, Sections 1084 and 2.)

### Forfeiture Allegation as to Count One

2. As a result of committing the transmission of sports wagering information offense alleged in Count One, MOSHE ORATZ, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property constituting, and derived from, proceeds obtained directly and indirectly as a result of such violation.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

     e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property.

*Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MOSHE ORATZ

Defendant.

SUPERSEDING INFORMATION

S1 13 Cr. 268 (JMF)

(18 U.S.C. §§ 1084 and 2.)

PREET BHARARA
United States Attorney.